2020R01097/AB

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 22- cr-842 |
| | : | |
| v. | : | Hon. |
| | : | |
| BRYANT SALGADO | : | 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1) |

## I N F O R M A T I O N

The defendant having waived in open court prosecution by Indictment, the United States Attorney for the District of New Jersey charges:

From in or around April 2020 to on or about October 29, 2020, in Hudson County, in the District of New Jersey and elsewhere, defendant

BRYANT SALGADO,

did knowingly distribute child pornography, as defined in Title 18, United States Code, Section 2256(8), using any means and facility of interstate and foreign commerce, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and (b)(l).

## FORFEITURE ALLEGATION

1.     The allegations set forth above are realleged and incorporated by reference.

2.     Upon conviction of the violation of 18 U.S.C. § 2252A charged in this Information, defendant BRYANT SALGADO shall forfeit to the United States, pursuant to 18 U.S.C. § 2253, all of his right, title, and interest in the following:

> a. any visual depiction described in 18 U.S.C. §§ 2251, 2251A, 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of 18 U.S.C. Part I, Chapter 110;
>
> b. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense charged in this Information, and all property traceable to such property; and
>
> c. any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, and all property traceable to such property.

3.     The property to be forfeited includes, but is not limited to, all of the defendant's right, title, and interest in the following item(s) that were seized on or about October 29, 2020:

> a. Apple iPad Tablet, Model A1550, Serial No. F9FWK6SEGHMN;
>
> b. Apple Mac Book Pro, Model A1398, Serial No. C02LG0MQFD56;
>
> c. Apple iPhone, Model iPhone 10 (gold color), Serial No. F2MXK05JKPHJ;

      d.  Apple iPhone, Model iPhone 10 (gold color, cracked screen); and

      e.  Desktop hard drive (blue color), Serial No. WCC2E2JXSN1C.

### Substitute Assets Provision

4.    If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

      a.  cannot be located upon the exercise of due diligence;

      b.  has been transferred or sold to, or deposited with, a third person;

      c.  has been placed beyond the jurisdiction of the Court;

      d.  has been substantially diminished in value; or

      e.  has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253, to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

_Philip R. Sellinger_
_____
PHILIP R. SELLINGER
United States Attorney

3

**CASE NUMBER: 22-**

# United States District Court
# District of New Jersey

### UNITED STATES OF AMERICA

### v.

### BRYANT SALGADO

# INFORMATION FOR

18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1)

## PHILIP R. SELLINGER

*U.S. ATTORNEY*
*NEWARK, NEW JERSEY*

ADAM BAKER
*ASSISTANT U.S. ATTORNEY*
*(973) 645-2858*